## 27717. VICK v. AULT.

GRICE, Presiding Justice. The Chairman of the State Board of Pardons and Paroles has notified this Court that after the denial of the appellant's petition for the writ of habeas corpus, and the filing of his appeal, he was paroled on July 26, 1972; and that subsequently, on September 24, 1972, the appellant died in Thomas County, Georgia, as indicated by an enclosed copy of the death certificate. Accordingly, the appeal is dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED FEBRUARY 12, 1973 — DECIDED FEBRUARY 22, 1973.

John Henry Vick, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.